1
2
3
4      **E-FILED on 9/24/12**
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  THEODORE SHOVE,              )     No. C 12-0211 RMW (PR)
                                 )
12         Plaintiff,            )     JUDGMENT
                                 )
13     v.                        )
                                 )
14  EDMUND G. BROWN, et al.,     )
                                 )
15         Defendants.           )
                                 )
16
17      The court has dismissed the instant action.  A judgment of dismissal without prejudice is
18  entered.  The clerk shall close the file.
19      IT IS SO ORDERED.
20  DATED: 9/24/12                    _____
                                      RONALD M. WHYTE
21                                    United States District Judge
22
23
24
25
26
27
28

G:\PRO-SE\SJ.Rmw\CR.12\Shove211jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE SHOVE et al, | Case Number: CV12-00211 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| EDMUND G. BROWN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Theodore Shove G11092
San Quentin State Prison
San Quentin, CA 94974

Dated: September 24, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk