IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THEODORE SHOVE, | ) | No. C 12-0211 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| EDMUND G. BROWN, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE SHOVE et al,  <br><br>          Plaintiff,  <br><br>   v.  <br><br>EDMUND G. BROWN et al,  <br><br>          Defendant. | Case Number: CV12-00211 RMW  <br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Theodore Shove G11092  
San Quentin State Prison  
4EB117  
San Quentin, CA 94974

Dated: November 27, 2013

Richard W. Wieking, Clerk  
By: Jackie Lynn Garcia, Deputy Clerk